[Civil No. 245.   Filed March 7, 1889.]

[73 Pac. 399.]

PIMA COUNTY, Plaintiff and Appellee, v. J. H. MARTIN, Defendant and Appellant.

1. OFFICERS—TERRITORIAL COURTS—CLERK OF COURT—FEES—POWER OF LEGISLATURE.—The clerk of the district court is not entitled in all cases to the fees as prescribed by the statutes of the United States. The legislature has power to fix a salary for the business of the territorial court, having complete control of all cases except those in which the United States is a party.

APPEAL from a judgment of the District Court of the First Judicial District in and for the County of Pima  William H. Barnes, Judge.  Affirmed.

Haynes & Mitchell, for Appellant.

H. R. Jeffords, and S. Franklin, for Appellee.

BARNES, J.—Martin is clerk of the district court of the first judicial district.  His contention is that as such clerk he is entitled in all cases to the fees as prescribed by the statutes of the United States, and that the legislature, by fixing a salary for the business of the territorial court, exceeded its power. We think not.  The legislature has complete control of all the cases except those in which the United States is a party.

The judgment of the district court is affirmed.

All concur.